```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Petitioner
    ROBERT JONATHEN BAILEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONATHEN BAILEY, | No. CIV S-06-0467 MCE GGH |
| Petitioner, | |
| v. | ORDER |
| RICHARD KIRKLAND, Acting Warden, | |
| Respondent. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Timothy Warriner shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 4/18/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

bai467.sub