| | |
|---|---|
| Timothy E. Warriner (SB#166128)<br>Attorney at Law<br>1725 Capitol Ave.<br>Sacramento, CA 95814<br>(916) 443-7141<br>FAX: (916) 448-5346<br><br>Attorney for Petitioner,<br>ROBERT JONATHEN BAILEY | **FILED**<br><br>MAY - 8 2006<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ROBERT JONATHEN BAILEY,  )   No. Civ. S-06-0467 MCE GGH P
                         )
         Petitioner,     )   STIPULATION AND PROPOSED
                         )   ORDER CONTINUING DEADLINE
    v.                   )   FOR THE FILING OF A JOINT
                         )   SCHEDULING STATEMENT
RICHARD KIRKLAND, Acting Warden, )
                         )
         Respondent.     )
_____)

Counsel for petitioner, Robert Jonathen Bailey, was appointed on April 18, 2006. Counsel is waiting to receive responsive correspondence from the petitioner including the reporter's transcript of the trial and other record materials. In order to afford counsel for petitioner time to obtain and review the record, the attorneys for both parties hereby stipulate that the due date for the joint scheduling statement shall be continued until May 22, 2006.

DATED: April 21, 2006        /s/ Tim Warriner, Attorney for Petitioner,
                             ROBERT JONATHEN BAILEY

DATED: April 21, 2006        /s/ Mark Johnson, Deputy Attorney General,
                             Attorney for Respondent

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the parties shall file a joint scheduling statement by May 22, 2006.

DATED: May 2, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

2