IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JONATHEN BAILEY,

    Petitioner,                    No. CIV S-06-0467 MCE GGH P

    vs.

RICHARD KIRKLAND,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 22, 2006, the parties filed a joint scheduling statement. After reviewing this document, the court makes the following ORDERS:

        1. On or before July 21, 2006, petitioner shall file either a supplemental points and authorities in support of the existing petition or an amended petition; within thirty days, respondent shall file a response; petitioner's reply is due thirty days thereafter;

/////

/////

/////

/////

/////

1   2.  The Clerk of the Court is directed to add Deputy Attorney Mark Johnson to the
2   service list.
3   DATED:  5/30/06
                                                            /s/ Gregory G. Hollows
4
                                                            _____
5                                                           GREGORY G. HOLLOWS
                                                            UNITED STATES MAGISTRATE JUDGE
6
7
    ggh:kj
8   bail467.sch