Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Petitioner,
ROBERT JONATHEN BAILEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONATHEN BAILEY, ) | No. Civ. S-06-0467 MCE GGH P |
| Petitioner, ) | STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE FOR THE FILING OF EITHER SUPPLEMENTAL POINTS AND AUTHORITIES OR AN AMENDED PETITION |
| v. ) | |
| RICHARD KIRKLAND, Acting Warden, ) | |
| Respondent. ) | |

Pursuant to the court's scheduling order, the current deadline for filing either a supplemental points and authorities or an amended petition is July 21, 2006.

Counsel for Petitioner is requesting an extension of time to file either document until **August 2, 2006**, due to a family emergency as well as his preparation for a lengthy three strikes trial. Counsel for respondent has no objection to such a continuance, and stipulates thereto.

Therefore, it is requested that the court extend the due date for the points and authorities or amended petition to August 2, 2006.

DATED: July 20, 2006          /s/ Tim Warriner, Counsel for petitioner


DATED: July 20, 2006          /s/ Mark A. Johnson, Deputy Attorney General,
                              Counsel for respondent

1

<u>PROPOSED ORDER</u>

GOOD CAUSE APPEARING and based on the stipulation of the parties, counsel for petitioner shall have until August 2, 2006 to file either a supplemental points and authorities or an amended petition.

DATED: 7/26/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bai467.eot

2