IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JONATHEN BAILEY,

    Petitioner,                   No. CIV S-06-0467 MCE GGH P

   vs.

RICHARD KIRKLAND, Acting Warden,

    Respondent.               ORDER

_____/

        On August 2, 2006, petitioner filed an amended petition. Pursuant to the May 31, 2006, order, respondent's response to the amended petition was due thirty days thereafter. Thirty days have passed since August 2, 2006, and respondent has not filed a response.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, respondent shall show cause for his failure to file a timely response to the amended petition.

DATED: 10/23/06                              /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

bai467.osc

1