IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JONATHEN BAILEY,

    Petitioner,               No. CIV S-06-0467 MCE GGH P

    vs.

RICHARD KIRKLAND, Acting Warden,

    Respondent.            ORDER

_____/

    On October 24, 2006, the court ordered respondent to show cause within twenty days for his failure to file a timely response to the petition. On October 25, 2006, respondent filed a response to the show cause order as well as an answer. The court appreciates respondent's prompt response.

    Accordingly, IT IS HEREBY ORDERED that the October 24, 2006, order to show cause is discharged.

DATED: 12/5/06                          /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

bai467.dis

1