IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JONATHEN BAILEY,

    Petitioner,               No. CIV S-06-0467 MCE GGH P

   vs.

RICHARD KIRKLAND,

    Respondent.          <u>ORDER</u>

_____/

       On December 12, 2006, the parties filed a stipulation extending the time for petitioner to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that petitioner's reply is due on or before January 11, 2007.

DATED:  12/19/06

                            /s/ Gregory G. Hollows

                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

bai467.eot

1