IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JONATHEN BAILEY,

    Petitioner,                      No. CIV S-06-0467 MCE GGH P

    vs.

RICHARD KIRKLAND, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application to proceed in forma pauperis on appeal. Counsel was appointed to represent petitioner due to his indigent status.

        Court records indicate that on March 23, 2006, the court appointed counsel and ordered petitioner to either pay the filing fee or file an application tor proceed in forma pauperis within twenty days. Petitioner did not respond to this order and it has only now come to the court's attention. The court will construe petitioner's application to proceed in forma pauperis on appeal to also include a request to proceed in forma pauperis in the instant action before this court. This request is granted nunc pro tunc. Because petitioner is proceeding in forma pauperis and the court has not found that his appeal is not taken in good faith, the request to proceed in forma pauperis on appeal is denied as unnecessary. Fed. R. App. P. 24(a)(3).

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis in the instant action nunc pro tunc;

2. Petitioner's June 30, 2008, motion to proceed in forma pauperis on appeal (# 34) is denied as unnecessary.

DATED: 10/14/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bailey.ifp